KNOX, LEMMON, ANAPOLSKY & SCHRIMP, LLP
ANGELA SCHRIMP de la VERGNE (SBN 166521)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991
aschrimp@klalawfirm.com

Attorneys for Defendant,
HALL'S WINDOW CENTER, INC., a California corporation.

LAW OFFICES OF MICHAEL TRACY
Michael L. Tracy (SBN 237779)
Megan Ross Hutchins (SBN 227776)
2030 Main Street, Suite 1300
Irvine, CA  92614
Telephone:  (949) 260-9171
Facsimile:  (866) 365-3051
mtracy@Michaeltracylaw.com

Attorneys for Plaintiffs, MICHAEL LEARY and BRIAN MOEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL LEARY, an individual, BRIAN MOEN, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HALL'S WINDOW CENTER, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  **2:08-CV-01768-JAM-JFM**<br><br>(STATE CASE NO. 34-2008-00014214)<br><br>**STIPULATION AND ORDER FOR REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Case 2:08-cv-01768-JAM-JFM   Document 17   Filed 08/03/09   Page 2 of 2

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution program. The parties propose that the VDRP process be completed within 60 days from the date of the order referring the case to VDRP and that the Neutral file his/her confirmation that the VDRP process has been completed by October 15, 2009.

Trial in this case is presently set for January 11, 2010. The last day to file a joint mid-litigation statement is August 21, 2009 and the last day to complete discovery is September 4. The parties have already stipulated to delay expert witness disclosures to permit them to attempt to settle this matter informally. Since an informal settlement has not proved possible, the parties are now seeking referral to the VDRP program. To allow them to participate in the VDRP program without incurring additional attorneys fees in the interim, the parties request that the Status (Pre-trial Scheduling) Order be modified to continue the last day to file a joint mid-litigation statement and the last day to complete discovery 30 days.

Dated: July _____, 2009        LAW OFFICES OF MICHAEL TRACY

                                /s/ Megan Ross Hutchins
                                By: _____
                                    MEGAN ROSS HUTCHINS


Dated: July ____, 2009          KNOX, LEMMON, ANAPOLSKY & SCHRIMP, LLP

                                /s/ Angela Schrimp de la Vergne
                                By:_____
                                    ANGELA SCHRIMP de la VERGNE


**IT IS SO ORDERED.**

**DATED:  8/3/2009**


                                /s/ John A. Mendez_____
                                UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL OF ACTION TO VDRP PROGRAM**

PDF created with pdfFactory trial version www.pdffactory.com