MICHAEL L. TRACY, ESQ. (SBN 237779)
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiffs
MICHAEL LEARY and BRIAN MOEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEARY, an individual; BRIAN MOEN an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HALL'S WINDOW CENTER, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:08-cv-01768-JAM-JFM<br><br>Judge: Hon. John A. Mendez<br>Courtroom: No. 6<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Complaint Filed: June 25, 2008 |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: July 8, 2010

                                        /s/ John A. Mendez
                                        Hon. John A. Mendez
                                        US District Court Judge